DAVID M. POITRAS P.C. (Bar No. 141309)
JEFFER, MANGELS, BUTLER & MARMARO LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067-4308
Telephone:    (310) 203-8080
Facsimile:    (310) 712-8571
Email:    dpoitras@jmbm.com

Bankruptcy Counsel for Richter Furniture Manufacturing 2002, Inc.,
Debtor and Debtor-in-Possession

FILED
OCT 2 0 2005
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| In Re | CASE NO. LA 05-35558-AA |
|---|---|
| RICHTER FURNITURE MANUFACTURING 2002, INC. | Chapter 11 |
| Debtor. | **LIST OF EQUITY SECURITY HOLDERS** [No Hearing Necessary] |

RICHTER FURNITURE MANUFACTURING 2002, INC., a California corporation, Debtor and Debtor in Possession herein, hereby submits its List of Equity Security Holders.

DATED: October 19, 2005

JEFFER, MANGELS, BUTLER & MARMARO LLP

By: _____
DAVID M. POITRAS
Bankruptcy Counsel For
Richter Furniture Manufacturing 2002, Inc.,
Debtor and Debtor-in-Possession

PRINTED ON RECYCLED PAPER

3737680v1

# LIST OF EQUITY SECURITY HOLDERS

Debtor is a California corporation. As of the petition date, 10,000 shares of common stock in Debtor were issued and outstanding and such issued and outstanding common stock is held as follows:

Braden Richter          9,949 Shares

Ralph Ware              51 Shares